# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**IVETTE FULLY** and **EDWARDS FULLY,**
Appellants,

v.

**OCWEN LOAN SERVICING, LLC,**
Appellee.

No. 4D21-1649

[February 24, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE18-017164.

Wayne Kramer of Midler & Kramer, P.A., Fort Lauderdale, for appellants.

Adam A. Diaz and Kathleen Achille of Diaz Anselmo & Associates, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GROSS and MAY, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***